■ MADELYN NEWMAN, Appellant, v. IRWIN NEWMAN, Respondent.— In an action in which a judgment of the Supreme Court, Nassau County, was entered April 3, 1973, granting the plaintiff wife a divorce, she appeals from that portion of the judgment which awarded her a specified sum for alimony and support for two children. Judgment modified, on the facts, by increasing the alimony award to $65 a week and the award for support of the children to $35 a week per child. As so modified, judgment affirmed insofar as appealed from, without costs. We are of the opinion that the award for alimony and child

support was insufficient to the extent indicated herein. Gulotta, P. J., Hopkins, Martuscello, Shapiro and Cohalan, JJ., concur.